FILED
U.S. District Court
District of Kansas
08/07/2026
Clerk, U.S. District Court
By: SND Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| KATSIARYNA BARTKO,<br>A# 232 272 967,<br>*Petitioner*,<br><br>v.<br><br>MISTY MACKEY, Warden/Facility Administrator, Midwest Regional Reception Center; SAMUEL OLSON, Field Office Director, ICE ERO Chicago Field Office, or his successor in office; TODD M. LYONS, Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; and KRISTI NOEM, Secretary of Homeland Security, each in official capacity,<br>*Respondents.* | Case No. 26-3290-JWL<br><br>EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND EXPEDITED CONSIDERATION |

Petitioner Katsiaryna Bartko moves under Federal Rule of Civil Procedure 65 for an emergency temporary restraining order and preliminary injunction. This motion is supported by the verified petition, the accompanying memorandum, the declaration of Dr. Sarah Raza (Physicians for Human Rights network), and the attached medical and custody records.

**1.** Ms. Bartko is a civil immigration detainee and thyroid-cancer survivor who underwent a total thyroidectomy. She depends on uninterrupted thyroid-hormone replacement and treatment for post-surgical hypoparathyroidism and chronic hypocalcemia.

**2.** In custody she experienced a critically low ionized-calcium level, three emergency hospital presentations within four days, recurring medication disruption — including non-administration of levothyroxine from approximately June 23 through July 10, 2026 — and laboratory evidence reported July 14, 2026 of severe thyroid-hormone deficiency: TSH 86.76 mIU/L, total T4 2.2 µg/dL, and free T4 index 0.6. Untreated, this condition can progress to myxedema coma, with reported mortality of 25–60%.

**3.** On July 22, 2026, the Immigration Judge denied release solely on flight-risk grounds, making no finding of dangerousness and no mention of the medical evidence. That proceeding did not and could not compel MRRC to administer medication, provide emergency specialty review, or

remedy unconstitutional conditions. On July 20 the facility invoked a 60-day "corporate policy" to withhold the July 14 laboratory report; on July 24 it refused her attorney's records request outright.

**4.** The present request is narrow. Ms. Bartko asks the Court to order immediate release on reasonable conditions of supervision — without monetary bond — if Respondents cannot immediately ensure safe continuity of care. In the alternative, she asks for a time-limited order requiring the medication, laboratory testing, endocrinology and oncology review, and serial monitoring identified in the supporting physician declaration and set out in the proposed order.

**5.** Ms. Bartko also requests that Respondents provide at least 48 hours' advance notice before any non-emergency transfer outside this District, while preserving authority for immediate medical transport; produce her medication-administration record from June 21, 2026 forward and the July 14 laboratory report to her counsel within 24 hours; and preserve all relevant records.

**6.** The verified allegations and medical evidence establish a likelihood of success, imminent irreparable harm, a balance of equities favoring protection from serious bodily injury, and a public interest in constitutional civil detention. Because the requested injunction is mandatory in part, Ms. Bartko addresses the Tenth Circuit's heightened standard in the accompanying memorandum.

**7.** Ms. Bartko requests expedited consideration and an immediate order directing Respondents to file a verified response and current medication-administration record by a date and time the Court sets, followed by the earliest practicable hearing.

**RULE 65(b)(1) CERTIFICATION**

This motion is submitted on notice. Copies of this motion and all supporting papers are being served by U.S. mail on the United States Attorney for the District of Kansas, ICE's Office of the Principal Legal Advisor, and the Warden/Facility Administrator of MRRC, as stated in the certificate of service. Ms. Bartko does not seek ex parte relief without reasonable notice unless the Court determines that immediate action is required before Respondents can appear. The verified petition and physician declaration identify the specific immediate injury.

Respectfully submitted,

[signature] Date: 31 July 2026

Katsiaryna Bartko, Petitioner, pro se
A# 232 272 967

Midwest Regional Reception Center
100 Highway Terrace, Leavenworth, KS 66048

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Emergency Motion for Temporary Restraining Order, Preliminary Injunction, and Expedited Consideration and its attachments has been or is being served by U.S. mail, through my designated representative Dmytro Shyshov (+1 (786) 813-6248, dmitry.shishov@gmail.com), upon: (1) the United States Attorney for the District of Kansas, Civil Division, 500 State Avenue, Suite 360, Kansas City, KS 66101; (2) Misty Mackey, Warden/Facility Administrator, Midwest Regional Reception Center, 100 Highway Terrace, Leavenworth, KS 66048; and (3) U.S. Immigration and Customs Enforcement, Office of the Principal Legal Advisor.

______________________ Date: 31 July 2026

Katsiaryna Bartko

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL

PRIORITY MAIL MEDIUM FLAT RATE BOX

US POSTAGE IMI PITNEY BOWES
ZIP 66048
02 7H
0006233039
$ 024.80⁰
AUG 03 2026

TED STATES TAL SERVICE. Retail

US POSTAGE PAID
$0.00
Origin: 66048
08/03/26
1950380593-2

PRIORITY MAIL®

3 Lb 1.80 Oz
RDC 03

TED DELIVERY DAY: 08/05/26

C048

500 STATE AVE
KANSAS CITY KS 66101-2448

USPS TRACKING® #

9505 5154 1992 6215 0731 57

use.
f insurance (restrictions apply).*
any international destinations.
tion form is required.
g claims
om.
ailability and

X

CKED ■ INSURED

NOTICE: This Correspondence was mail... ...stitution. it's contents are uncensored.

FROM:
Katsiaryna Bartko
A# 232272967
Midwest Regional Reception Cente
100 Highway Terrace
Leavenworth, KS 66048

TO:
US District Court of KS
500 State Ave
Kansas City, KS 66101