**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**KATSIARYNA BARTKO,**

**Petitioner,**

**v.**

**MISTY MACKEY, et al.,**

**Respondents.**

**Case No. 26-3290-DDC**

# ORDER SETTING HEARING

The court sets petitioner Katsiaryna Bartko's Motion for Temporary Restraining Order, Preliminary Injunction, and Expedited Consideration (Doc. 2) for hearing on Friday, September 4, 2026, at 10:00 A.M. in Courtroom 476 in Kansas City, Kansas. The court orders respondents to arrange for petitioner's in-person appearance for the hearing.[1]

The court notes that petitioner proceeds pro se, but her filings mention an attorney. *See, e.g.*, Doc. 1 at 4. Indeed, the quality of her filings suggests that an attorney is involved on her behalf. By Friday, August 28, 2026, petitioner should indicate (by filing a notice on the docket) whether retained counsel will represent her at the hearing. If petitioner is unable to retain counsel, the court reminds her that she retains the right to request appointed counsel.

**IT IS SO ORDERED.**

[1] The court orders petitioner's presence at the hearing because she proceeds pro se. If she secures counsel before the hearing, she may waive her appearance at the hearing, which would obviate the need for respondents to arrange for her appearance.

**Dated this 21st day of August, 2026, at Kansas City, Kansas.**

**s/ Daniel D. Crabtree**
**Daniel D. Crabtree**
**United States District Judge**